UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Case No. 18-41286 |
| Daniel Adam Berg | Chapter 13 |
| Debtor. | Judge Paul W Gonapfel |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                 14
Last 4 Digits of Account Number:    1986

Current Address for Notices:
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

NEW Address for Notices (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
  Home Point Financial Corporation
  PO Box 790309
  St. Louis, MO 63179

Phone:
Email:

NEW Address for Payments (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

                Respectfully Submitted

                /s/ D. Anthony Sottile

                D. Anthony Sottile
                Authorized Agent for Creditor
                Sottile & Barile, LLC
                394 Wards Corner Road, Suite 180
                Loveland, OH 45140
                Phone: 513.444.4100
                Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on January 17, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Jeffrey B Kelly, Debtor's Counsel
     kellycourtnotices@gmail.com

    Mary Ida Townson, Chapter 13 Trustee
    courtdailysummary@atlch13tt.com

    Office of the United States Trustee
    (Registered Address) @usdoj.gov

I further certify that on January 17, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Daniel Adam Berg, Debtor
    198 Ridge Brooke Court
    Douglasville GA 30134

                                            /s/ D. Anthony Sottile
                                            D. Anthony Sottile
                                            Authorized Agent for Creditor
                                            Sottile & Barile, LLC
                                            394 Wards Corner Road, Suite 180
                                            Loveland, OH 45140
                                            Phone: 513.444.4100
                                            Email: bankruptcy@sottileandbarile.com