UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Case No. 18-40001 |
| Alieshia LaTonda Yancey | Chapter 13 |
| Debtor. | Judge Barbara Ellis-Monro |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                6
Last 4 Digits of Account Number:   8933

Current Address for Notices:
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

**NEW** Address for Notices (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
  Home Point Financial Corporation
  PO Box 790309
  St. Louis, MO 63179

Phone:
Email:

**NEW** Address for Payments (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

**CERTIFICATE OF SERVICE**

I certify that on January 17, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Talitha S Fleming, Debtor's Counsel
    tflemingecf@flemingbk.com

    Mary Ida Townson, Chapter 13 Trustee
    courtdailysummary@atlch13tt.com

    Office of the United States Trustee
    (Registered Address) @usdoj.gov

I further certify that on January 17, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Alieshia LaTonda Yancey, Debtor
    20 Amber Way
    Dallas GA 30157

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com